DAVID STEBBINS,

        Appellant

v.

GOOGLE LLC; RUMBLE, INC.