## IOPs OF USCA (3)

## IOP CHAPTER 10.6 SUMMARY ACTION

The court, <u>sua sponte</u> or upon motion by a party, may take summary action affirming, enforcing, or reversing the judgment or order appealed from if it clearly appears that no substantial question is presented or that subsequent precedent or a change in circumstances warrants such action. Before taking summary action, the court will afford the parties an opportunity to submit arguments in support of or in opposition to such dispo-sition if briefs on the merits have not already been filed. Summary action may be taken only by unanimous vote of the panel. If a motion panel determines that summary action is not appropriate at that time, it may, in lieu of denial, refer the matter to the merits panel without decision and without prejudice.