UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. 25-2007

Stebbins v. Google LLC, et al.

(D. Del. Misc. No. 1:24-mc-00478)

O R D E R

    Upon further review, it appears that it would not be appropriate to submit this appeal to a panel of the Court for possible dismissal due to a jurisdictional defect or for possible summary action at this time. This order does not represent a finding that the Court has jurisdiction to hear the appeal in this case. The panel of this Court that reviews the case on its merits will make a final determination regarding this Court's jurisdiction. A briefing schedule shall issue.

    In addition to any other issues that the parties may wish to address, they are directed to address the following issues:

    1) whether this Court has appellate jurisdiction, under the collateral order doctrine or otherwise, see 8 Wright & Miller's Federal Practice & Procedure § 2006 (3d ed. 2025); Nat'l Life Ins. Co. v. Hartford Accident & Indem. Co., 615 F.2d 595, 597 (3d Cir. 1980); Wiwa v. Royal Dutch Petroleum Co., 392 F.3d 812, 815–17 (5th Cir. 2004);

    2) the status of Stebbins's civil actions that were transferred to the Western District of Arkansas; and

    3) whether the District Court abused its discretion by denying Stebbins's motion requesting subpoenas under 17 U.S.C. § 512.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:   June 27, 2025

mw/cc:   David Stebbins