# Exhibit A

 Query    Reports    Utilities    Help    Log Out

**No information was found that matched the search criteria entered.**

| PACER Service Center | |
|---|---|
| **Transaction Receipt** | |
| 07/03/2025 14:03:24 | |
| **PACER Login:** | stebbinsd |
| **Client Code:** | |
| **Description:** | Search |
| **Search Criteria:** | Filed From: 5/13/2025 Filed To: TODAY Last Name: Stebbins |
| **Billable Pages:** | 1 |
| **Cost:** | 0.10 |