UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| in re David Stebbins | ) <br> ) Case No. <u>1:24-mc-00478-MN</u> <br> ) |

## NOTICE OF APPEAL

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Notice of Appeal in the above-styled action.

1. The District Court erred when it denied my application for issuance of subpoena duces tecum.

So notified on this, the 25th day of May, 2025.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave., APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com
