OFFICE OF THE CLERK

PATRICIA S. DODSZUWEIT     UNITED STATES COURT OF APPEALS     TELEPHONE
CLERK
21400 UNITED STATES COURTHOUSE     215-597-2995
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov



July 29, 2025

David Stebbins

RE: David Stebbins v. Google LLC, et al
Case Number: 25-2007
District Court Case Number: 1:24-mc-00478

Dear Litigant and Counsel:

Please be advised that the above-entitled case(s) will be submitted on the briefs, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Tuesday, August 19, 2025.** This means your presence will not be required.

PSD/KY

Very truly yours,

PATRICIA S. DODSZUWEIT
Clerk

By:

Khadija
Calendar Clerk
267-299-4914

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **HARDIMAN, MATEY, and CHUNG, Circuit Judges**