UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| David Stebbins )<br>    Plaintiff/Appellant )<br> )<br>v. )   Case No. 25-2007<br> )<br>Google, LLC and Rumble, Inc. )<br> ) | |

## MOTION TO STRIKE RSPONSE BRIEF

    Comes now, pro se Appellant David Stebbins, who hereby submits the following Motion to Strike Appellee's Response Brief in the above-styled action.

1.    The defendants cite to no authority explaining why the subpoena should not issue. At the end of the brief, they even say "Google takes no position on the issues in this appeal. Insofar as Stebbins' requested subpoena is ultimately issued and served on Google, Google reserves its rights to respond to and object to the subpoena." Instead, the *entire* purpose for filing this brief was to smear me by pointing out the biased judgments that I have endured in the past.

2.    This is utterly irrelevant to my rights in the instant case. Evidence is relevant if it makes any fact of consequence more or less likely than it would be without the evidence. See FRE 401. Here, the defendants offer nothing that even remotely affects my legal entitlement to these subpoenas.

3.    Instead, it seems designed solely to stir up resentment against me for its own sake. This makes it inadmissible, even if it could be cconsidered nominally relevant. See FRE 403 (" The court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence").

4.    If the appellees disagree, they should be required to explain exactly what this changes about my legal rights in the instant case, the propriety of the petition for subpoena, or anything substantially affecting my rights.

5.    If they cannot do that, then I ask the Court to strike the Response Brief.

6.	I also ask the Court to consider issuing sanctions against the Appellees for filing something they knew to be irrelevant and designed solely to stir up resentment against me for its own sake.

So requested on this, the 5th day of August, 2025.

*/s/ David Stebbins*
David Stebbins (pro se)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com
