# In the United States Court of Appeals for the Third Circuit

**No. 25-2007**

*David Stebbins v. Google LLC, Rumble Inc.*

On Appeal from the U.S. District Court for the District of Delaware
Misc. Action No. 24-478 (MN)
The Honorable Maryellen Noreika

**MOTION FOR PERMISSION TO FILE APPELLEE GOOGLE LLC'S ANSWERING BRIEF OUT OF TIME**

SHANNON E. GERMAN
**WILSON SONSINI GOODRICH ROSATI**
**Professional Corporation**
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
(302) 304-7600
Email: sgerman@wsgr.com

*Counsel for Appellee Google LLC*

Appellee Google LLC ("Appellee") respectfully moves this Court for permission to file its answering brief out of time, and in support thereof states the following:

1. Appellant David Stebbins ("Appellant") filed his principal brief with attached appendix in this matter on July 3, 2025. (*See* ECF 9).

2. Pursuant to this Court's Briefing Notice, Appellee's answering brief was to be filed and served within thirty (30) days of service of Appellant's brief, or by August 4, 2025. (*See* ECF 7). Appellant's reply brief, if any, is to be filed and served within twenty-one (21) days of service of Appellee's brief, or by August 25, 2025. (*See* ECF 7).

3. Counsel for Appellee filed a notice of appearance on August 4, 2025. (*See* ECF 11).

4. Immediately after, attorneys and support staff working under Counsel's supervision attempted to file Appellee's answering brief shortly in advance of the 5:00 PM EDT deadline, but were prohibited from doing so by PACER. We now understand that we could not file the brief at that time – or during multiple repeated attempts that evening – because Counsel for Appellee's entry of appearance was not yet accepted

1

and therefore Counsel was not linked to the docket. Counsel was not linked to the docket until August 5, 2025.

5. Even though the brief was not filed on the docket on August 4, 2025, Appellee's answering brief was served on pro se Appellant via email on August 4, 2025, as reflected in the certificate of service attached to the answering brief. Appellee also mailed hard copies of the answering brief to the Court on August 4, 2025, and they were delivered on August 5, 2025.

6. On the morning of August 5, 2025, Appellee contacted the Case Manager via phone, who advised that Counsel for Appellee had been linked to the docket and that Appellee should file a motion for permission to file out of time along with its answering brief.

7. Appellee is filing its answering brief contemporaneously with this motion.

8. In light of these circumstances, Appellee respectfully requests the Court's permission to file its answering brief on the date of this motion.

9. The additional time will not unduly delay the proceedings or unfairly prejudice the parties in any way. Appellee is not seeking this request in bad faith or for any improper purpose.

WHEREFORE, for the reasons described above, Appellee Google LLC respectfully moves this Court for permission to file its answering brief out of time.

Dated: August 5, 2025      Respectfully Submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

*/s/ Shannon E. German*
Shannon E. German

*Counsel for Appellee Google LLC*

## COMBINED CERTIFICATIONS

1. Certificate of Bar Membership

I hereby certify that I am a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

2. Certificate of Compliance with Rule 5(c)(1) and LAR 31.1(c)

This brief complies with the type-volume, typeface, and typestyle requirements of Federal Rules of Appellate Procedure 5(c)(1), 32(a)(5), and (6), because it contains 410 words, exclusive of the cover, tables, signature block and certificates, and has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

I further certify that the electronic submission was subjected to a virus scan using Vipre Virus Protection, version 3.1, and no virus was detected.

3. Certificate of Service

I hereby certify that, on August 5, 2025, a true and correct copy of this document was served on Pro Se Appellant David Stebbins via CM/ECF.

5

Dated: August 5, 2025    Respectfully Submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


*/s/ Shannon E. German*
Shannon E. German


*Counsel for Appellee Google LLC*