# In the United States Court of Appeals for the Third Circuit

**No. 25-2007**

*David Stebbins v. Google LLC, Rumble Inc.*

On Appeal from the U.S. District Court for the District of Delaware
Misc. Action No. 24-478 (MN)
The Honorable Maryellen Noreika

**APPELLEE GOOGLE LLC'S ANSWERING BRIEF**

SHANNON E. GERMAN
**WILSON SONSINI GOODRICH ROSATI**
**Professional Corporation**
222 Delaware Avenue, Suite 800
Wilmington, Delaware 19801
(302) 304-7600
Email: sgerman@wsgr.com

*Counsel for Appellee Google LLC*

# CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Third Circuit Rules 26.1, Google LLC ("Google") make the following disclosure:

1.  Google is a subsidiary of XXVI Holdings Inc.

2.  XXVI Holdings Inc. is a subsidiary of Alphabet Inc., a publicly traded company.

3.  No publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Dated: August 4, 2025          Respectfully Submitted,

                                        WILSON SONSINI GOODRICH & ROSATI
                                      Professional Corporation

                                        */s/ Shannon E. German*
                                        Shannon E. German

                                        *Counsel for Appellee Google LLC*

## TABLE OF CONTENTS

**Page**

DISCUSSION ................................................................................... 1

# TABLE OF AUTHORITIES

Page(s)

## CASES

*Stebbins v. Google LLC*,
  2023 WL 6139454 (N.D. Cal. Aug. 31, 2023), *appeal filed* No. 24-1936 (9th Cir. April 1, 2024) .......................................... 1

*Stebbins v. Stebbins*,
  2013 WL 6182991 (W.D. Ark. Nov. 26, 2013) .................................. 1

*Stebbins v. Stebbins*,
  575 F. App'x 705 (8th Cir. 2014) ....................................... 1

## STATUTES

17 U.S.C. § 512(h) ................................................................................ 1

## DISCUSSION

Appellant David Stebbins is a twice-declared vexatious litigant with a fifteen-year history of filing frivolous lawsuits and appeals across the country. *See Stebbins v. Stebbins*, 2013 WL 6182991, at *1 (W.D. Ark. Nov. 26, 2013) (declaring Stebbins "vexatious" and imposing pre-filing restrictions), *Stebbins v. Stebbins*, 575 F. App'x 705 (8th Cir. 2014) (affirming); *Stebbins v. Google LLC*, 2023 WL 6139454, at *10 (N.D. Cal. Aug. 31, 2023) (same), *appeal filed* No. 24-1936 (9th Cir. April 1, 2024).

Stebbins posts videos to YouTube under the alias "Acerthorn." In recent years, Stebbins has flooded the courts with baseless copyright claims against other YouTube users who post videos to the service that draw on his content for the purpose of fair-use commentary and criticism. *Stebbins v. Google*, 2023 WL 6139454, at *8-*10 (discussing history of frivolous copyright claims "against his critics"). Because Appellee Google LLC operates the YouTube service, Stebbins has repeatedly sued Google for hosting allegedly infringing third-party content.

In the miscellaneous action giving rise to this appeal, Stebbins filed a motion seeking the issuance of a subpoena to Google pursuant to Section 512(h) of the Digital Millennium Copyright Act, 17 U.S.C. §

512(h), so that he may obtain "the legal names and addresses of some people so I could sue them for copyright infringement." D.I. 9-1 at 2. Google was never served and never appeared in the underlying action.

Google takes no position on the issues in this appeal. Insofar as Stebbins' requested subpoena is ultimately issued and served on Google, Google reserves its rights to respond to and object to the subpoena.

Dated: August 4, 2025            Respectfully Submitted,

                                              WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation

                                              */s/ Shannon E. German*
                                              Shannon E. German

                                              *Counsel for Appellee Google LLC*

## COMBINED CERTIFICATIONS

1. Certificate of Bar Membership

I hereby certify that I am a member in good standing of the bar of the United States Court of Appeals for the Third Circuit.

2. Certificate of Compliance with Rule 5(c)(1) and LAR 31.1(c)

This brief complies with the type-volume, typeface, and typestyle requirements of Federal Rules of Appellate Procedure 5(c)(1), 32(a)(5), and (6), because it contains 676 words, exclusive of the cover, tables, signature block and certificates, and has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.  The text of the electronic brief is identical to the text in the paper copies.  Seven (7) copies are being mailed via First Class Mail to Office of the Clerk, United States Court of Appeals for the Third Circuit, 21400 U.S Courthouse, 601 Market Street, Philadelphia, PA 19106-1790.

I further certify that the electronic submission was subjected to a virus scan using Vipre Virus Protection, version 3.1, and no virus was detected.

3. Certificate of Service

I hereby certify that, on August 4, 2025, a true and correct copy of this document was served on Pro Se Appellant David Stebbins through electronic mail.

Dated: August 4, 2025	Respectfully Submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ *Shannon E. German*
Shannon E. German

*Counsel for Appellee Google LLC*