UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| David Stebbins ) | |
|     Plaintiff/Appellant ) | |
| ) | |
| v. ) | Case No. 25-2007 |
| ) | |
| Google, LLC and Rumble, Inc. ) | |
| ) | |

### RESPONSE IN OPPOSITION FOR LEAVE TO FILE BRIEF OUT OF TIME

    Comes now, pro se Appellant David Stebbins, who hereby submits the following Response in Opposition to Motion for Leave to File Brief Out of Time.

1.     Because the defendants have not yet been served in this case, they do not have the *right* to file anything.

2.     As I explained in my Motion to Strike, the appellees have nothing to say in this case anyway that is actually relevant. All they want to do is bring up some aspects of my past that are completely irrelevant. Prior acts are not relevant except to prove motive or other mens rea. See FRE 404. Instead, the defendants appear to be trying to offer this history solely to stir up resentment against me, entirely for its own sake. For reasons explained in my Motion to Strike, this makes their brief unfairly prejudicial, and designed solely to conflate and confuse the issues, which therefore makes it inadmissible under FRE 403.

3.     Case 2:24-cv-00140 (Stebbins v. Moon), a similar pre-service intervention was made that existed solely to stir up resentment against me. In that case, the Court found "that Defendants' request... would only serve to multiply and delay proceedings, draw this matter off course, and tax the Court's limited resources" and rejected the defendant's request acccordingly. See Dkt. 12. This court should do the same.

4.     Wherefore, premises considered, I respectfully pray that the Appellees be denied leave to file their brief out of time, and further that they be admonished from future filings that are designed solely to cause unfair prejudice without actually litigating any relevant facts.

So requested on this, the 5th day of August, 2025.

/s/ David Stebbins
David Stebbins (pro se)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com