OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

August 6, 2025

Shannon E. German, Esq.
David Stebbins

RE: David Stebbins v. Google LLC, et al
Case Number: 25-2007
District Court Case Number: 1:24-mc-00478

Dear Counsel:

    At the direction of the Court, please be advised that the above-captioned case has been **removed** from the Court's calendar for **Tuesday, August 19, 2025**. You will be advised at a later date as to when this case will be re-listed.

PSD: AR

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk


By: Ashley
Calendar Clerk
267-299-4947