UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>25-2007</u>

Stebbins v. Google LLC

To: Clerk

    1)    Appellant's Motion to Strike Response Brief Filed by Google LLC

    2)    Motion by Google LLC to File Response Brief out of Time

    3)    Appellant's Response to Google LLC's Motion
_____

    The motion by Google LLC to file a late response brief is GRANTED. The response brief received on August 5, 2025, is accepted as timely. If the appellant wants to reply to it, any reply brief must be filed within twenty-one days of this order.

    The appellant's motion to strike Google LLC's response brief is REFERRED to the merits panel for consideration after all briefs have been filed.


For the Court,

 s/ Patricia S. Dodszuweit
Clerk


Dated: August 12, 2025
EAF/cc:    David Stebbins
             Shannon E. German, Esq.