# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

Case Number: __25-2007__

Case Name: __Stebbins v. Google LLC__

## INFORMAL REPLY BRIEF

**DIRECTIONS:** *Answer the following questions about your appeal or petition for review to the best of your ability. Use additional sheets of paper if necessary. The total number of pages cannot exceed 30. Parties are encouraged to use one side of the paper for ease of reading. You need not limit your brief solely to this form, but you should be certain that any brief you file contains answers to the questions below. The Court prefers short and direct statements.*

**1. Jurisdiction:** What order(s) of the district court or agency are you appealing?

Dkt. 15 in 1:24-mc-00478-MN of the US District Court of the District of Delaware

What is the date of the order(s)?

May 13, 2025

When did you file your notice of appeal or petition for review?

May 25, 2025

**2. Statement of the case:** Explain the proceedings in the district court or before the agency (i.e. what the district court or the agency did in deciding your case).

After filing my Informal Appellant Brief (DktEntry 9), one of the respondents - Google LLC - swooped in and filed their own Respondent Brief. In this Brief, the respondents offered no argument for why the judgment of the district court should be overturned. Instead, their entire purpose for filing this brief was to smear me by arguing that I am a "twice declared vexatious litigant." Not only is this intentionally misleading, but at no point to they explain how exactly that affects the merits of this appeal.

I was given 21 days to file a Reply Brief. So here I am.

1

**3. Statement of facts**: Explain the facts and events that led to the complaint in the district court or the action before the agency.

While the defendants claim that I am a "twice-declared" vexatious litigant, they omit a variety of facts which significantly undermine that fact.

In both cases, I was "declared" vexatious simply by dint of the judge's arbitrary decree. It was just as arbitrary as British Parliament passing bills of attainder "declaring" someone guilty of a crime. Literally, the Arkansas judge's entire rationale for declaring me vexatious was that I had filed some lawsuits that were ultimately found to be lacking in merit. That's it. That was literally the district judge's entire reasoning. Not that they were frivolous, but just that the ultimate conclusion of those cases was in favor of the defendant. He didn't even PRETEND like there was anything more to it than that. See Case 3:12-cv-03130-PKH Ark. West. Dist., Dkt. 10 ("Whether or not Mr. Stebbins made his filings based on his own good faith belief in their merits does not change the fact that he has a history of filing ultimately meritless cases," not cases that were ultimately found to *frivolous,* but just cases that were ultimately found to be ones where the defendant ultimately prevailed).

In an attempt to bolster his weak case against me (almost as if he knew it was a weak grounds), he also declared that I had filed "over one hundred motions... some of which have been repetitive, and few of which have had any merit." However, whereas previously, his finding that I had filed cases that I ultimately lost was a weak grounds to declare me vexatious, but still at least technically true, this finding was pulled ENTIRELY out of his backside with no evidenciary support whatsoever! When I likened these findings to bills of attainder in the middle ages in terms of how arbitrary the declarations were, I wasn't kidding!

The California court order declaring me vexatious was even more arbitrary, if that's possible. In that case, the district judge declared me vexatious, even though I hadn't done anything in that district even nominally worthy of such a declaration, simply because I had been so declared in the past. That's it. See Cal. Nor. Dist., Case 3:23-cv-00322-TLT, Dkt. 71, Page 17, Lines 1-3 ("Plaintiff also argues that the instant case is not frivolous. However, Plaintiff's conduct in filing hundreds of motions that have little merit in this and other satisfies this factor"). That's it. That's the only finding of fact she made in support of what she considered to be "the heart of the vexatious litigant analysis" (see id, Page 16, line 20).

In Case 2:24-cv-00140 West Vir. Sou. Dist., vexatious status is currently being contemplated, but at least then, the Magistrate Judge didn't seek to have me so declared SOLELY because I was so declared in other districts, instead trying to spin the narrative to say I was continuing my abusive behavior in that district. See Dkt. 24, Page 28 ("It was not until Plaintiff exhibited the same pattern of misconduct in this case that the undersigned considered Plaintiff's litigation history to be relevant to Plaintiff's pending IFP application"). He had to find behavior which was constitutionally protected in order to make the finding of abusive behavior (see Dkt. 29: ¶¶ 14-30), but at least he didn't say with his full chest that me being declared vexatious in one district automatically carries over to other districts, similar to how full-blown convictions of felonies with full due process similarly automatically carry over.

Now, the defendants in this case are trying to use these two wholly-arbitrary declarations to smear me in the instant case. This is the entire purpose for entering this case prior to being served with process, as evidenced by their declaration that they take no stance on the merits of the instant appeal.

**4. Statement of related cases:** Have you filed an appeal or petition for review in this case before? If so, give title of case and docket number.

| Case 3:12-cv-03130-PKH Ark. West. Dist. | Case 3:23-cv-00322-TLT Cal. Nor. Dist. | Case 2:24-cv-00140 West Vir. Sou. Dist |

> Do you have any cases related to this case pending in the district court, in the court of appeals or before the agency? If so give title of case and docket number.

Case 24-1936 in the 9th Circuit Court of Appeals

Case 2:24-cv-00140 in the District Court for the Southern District of West Virginia

**5.** Did the district court or the agency incorrectly decide the facts of your case? __Yes__ If so, what facts?

First, it's important to note that it's not the District of Delaware whose findings of fact are at issue in this reply brief, but the findings of the district courts who actually declared me vexatious. To that end, yes, they incorrect decided the facts.

The California district court had decided that I had filed "hundreds" (with an S) of motions... which is already entirely baseless. She supposedly based it off the Arkansas court order, but even that order said only that I had filed "over one hundred" motions, which is distinct from "hundreds" with an S. A finding of plural hundreds requires a finding of at least two hundred, which is not necessarily the same as the sister court's finding of "over one hundred." So artificially cranked up the factual findings to make me seem even more deplorable than before, kind of like if she called me a "convicted felon" when I only have misdemeanor convictions to my name.

Barring that, both district courts acted entirely arbitrarily when they declared that these motions (however many there were) were frivolous. Again, not even the slighted iota of evidence was provided to support this entirely out-of-nowhere finding. The finding was just as arbitrary, and just as devoid of evidence of facts, as the district court order brought up for review in the instant case where District Judge Noreika "denied without prejudice" my petition for subpoena with no explanation whatsoever.

**6.** Did the district court or the agency apply the wrong law (either cases or statutes)? <u>Yes</u>
   If so, what law do you want applied?

Barring the fact that their factual findings regarding the frivolousness of my motions contained zero evidence to support them, there is also the fact that the California court made the finding that I should be declared a vexatious litigant SOLELY because I had been so declared in Arkansas years prior on entirely unrelated matters.

This is important, because that is precisely what the Defendants are asking this Court to do in this case. They aren't pointing to any allegedly abusive, frivolous, or vexatious behavior I've done in district of Delaware. Literally, their entire reason for even appearing at this stage is to notify the Court of these two findings.

As I pointed out in the currently-pending appeal in the Ninth Circuit:

"[I]f such a declaration does in fact have such nationwide and lifetime effects, then I should have received a lot more due process than what I actually got all those years ago... not only should I be entitled to the benefit of discovery... and a full-blown hearing, but I should even be entitled to appointment of counsel in such a case. In civil cases, the right to appointment of counsel is governed by the case of Lassiter v. Department of Social Services, 452 U.S. 18 (1981), which holds that there is a presumptive right to appointment of counsel in civil cases when the indigent civil litigant stands to lose his personal liberty... if a parental termination proceeding is enough of a personal liberty to justify appointment of counsel in civil cases, then a NATIONWIDE, LIFETIME RESTRICTION ON MY FIRST AMENDMENT RIGHT TO COURT ACCESS* will almost certainly be a sufficient liberty to trigger the Lassiter precedent."

See Case No. 24-1936, DktEntry 14.1, Page 23, ¶¶ 93-94 (emphasis in original, but slightly different)

Therefore, if this Court wants to declare me vexatious here (Even though I've done absolutely nothing in this district), it should give me a similar amount of due process.

* See California Motor Transport Co. v. Trucking Unlimited, 404 US 508, 510 (1972) ("The right of access to the courts is indeed but one aspect of the right of petition").

**7.** Are there any other reasons why the district court's judgment or the agency's decision was wrong?  <u>Yes</u>
If so, briefly state these reasons.

Ultimately, it doesn't even matter. It doesn't affect my substantive legal rights in the instant case, for reasons I already explained in the currently-pending Motion to Strike Response Brief. Instead, this brief seems to have been submitted by the defendants SOLELY for the purpose of stirring up resentment against me, and hoping that the judges affirm the judgment out of pure spite towards me rather than focusing on the merits.

Not only does this render the Response Brief, in its entirety*, inadmissible under FRE 402, 403, and 404, but it also means the Response Brief, in its entirety*, should be sanctioned for being filed for an improper purpose under FRCP 11(b)(1) or whatever the equivalent is under the Federal Rules of Appellate Procedure.

* Remember, there's nothing else in the brief except pointing out my history of judicial declarations.

**8.** What action do you want the Court of Appeals to take in this case?

(1) Refuse to declare me vexatious
(2) Strike the Response Brief
(3) Sanction the Appellees for appearing in this case for the sole purpose of introducing evidence it knew or should have known to be inadmissible and for an improper purpose.
(4) Overturn the district court's judgment.

_____
Signature

**The entire district court record is available for the court's review. You must attach copies of the district court docket entries, the opinion and order appealed, and the notice of appeal. You may, but are not required to, attach any documents filed in the district court that you think the court of appeals must see in order to decide your appeal. Documents not admitted in the district court may not be submitted to the court of appeals without permission of the court.**

**IMPORTANT: IF YOU ARE PROCEEDING PROCEEDING IN FORMA PAUPERIS, YOU MUST FILE AN ORIGINAL AND THREE (3) COPIES OF THIS BRIEF AND ANY ATTACHMENTS WITH THE CLERK. IF YOU HAVE PAID THE DOCKETING FEE, YOU MUST FILE AN ORIGINAL AND SIX (6) COPIES OF THIS BRIEF AND ANY ATTACHMENTS WITH THE CLERK. A COPY OF THIS BRIEF AND ANY ATTACHMENTS MUST ALSO BE SENT TO ALL OPPOSING PARTIES. YOU MUST CERTIFY ON THE ATTACHED PROOF OF SERVICE THAT A COPY OF THIS BRIEF AND ANY ATTACHMENTS WERE SENT TO ALL OPPOSING PARTIES.**