OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

U<small>NITED</small> S<small>TATES</small> C<small>OURT OF</small> A<small>PPEALS</small>
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



September 23, 2025

Shannon E. German, Esq.
David Stebbins

RE: David Stebbins v. Google LLC, et al
Case Number: 25-2007
District Court Case Number: 1:24-mc-00478

Dear Litigant and Counsel:

Please be advised that the above-entitled case(s) will be submitted on the briefs, pursuant to 3rd Cir. LAR 34.1(a), with NO oral argument on **Tuesday, October 14, 2025.** This means your presence will not be required.

PSD/KY

Very truly yours,

*Patricia A. Dodszuweit*

PATRICIA S. DODSZUWEIT
Clerk

By:

*Khadija Younger*

Khadija Younger
Calendar Clerk
267-299-4914

Pursuant to IOP Chapter 2, you are hereby advised that your appeal will be submitted before the following panel: **BIBAS, FREEMAN and NYGAARD**, **Circuit Judges**