<u>TUESDAY, OCTOBER 14, 2025</u>

<u>Coram: BIBAS, FREEMAN and NYGAARD, Circuit Judges</u>

<u>S U B M I T T E D</u>

<u>No. 25-2007</u>
Pursuant to 3rd Cir. LAR 34.1(a)

DAVID STEBBINS,
Appellant
v.
GOOGLE LLC; RUMBLE, INC.